*sky* for petitioner. *C. Donald Robertson*, Attorney General of West Virginia, *George H. Mitchell*, Assistant Attorney General, and *Charles M. Walker* for respondent.

No. 648, Misc. WHITESIDE *v.* UNITED STATES. C. A. 8th Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 792, Misc. GOLSON ET AL. *v.* ILLINOIS. Sup. Ct. Ill. *James E. Knox, Jr.,* for petitioners. *William G. Clark*, Attorney General of Illinois, and *Richard A. Michael*, Assistant Attorney General, for respondent.

No. 937, Misc. WHITE *v.* MONTANA. Sup. Ct. Mont. Petitioner *pro se. Forrest H. Anderson*, Attorney General of Montana, and *Charles M. Joslyn*, Assistant Attorney General, for respondent.

No. 961, Misc. MONTGOMERY *v.* FLORIDA. Sup. Ct. Fla. *Tobias Simon* for petitioner. *Earl Faircloth*, Attorney General of Florida, and *James G. Mahorner*, Assistant Attorney General, for respondent.

No. 1027, Misc. CONE *v.* UNITED STATES. C. A. 2d Cir. *Robert Kasanof* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1101, Misc. SMITH *v.* OHIO. Sup. Ct. Ohio. *Dan D. Weiner* for petitioner. *Lee C. Falke* for respondent.

No. 1138, Misc. GILLESPIE *v.* VIRGINIA. Sup. Ct. App. Va. *H. H. Tiffany* and *W. Charles Poland* for petitioner.

No. 1067, Misc. CONNOLLY *v.* ILLINOIS. Sup. Ct. Ill. Petitioner *pro se. William G. Clark*, Attorney General of Illinois, and *Richard A. Michael*, Assistant